No. 24-5734

---

### IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————————————

ADRIAN HUMBERTO RIOS, by and through his guardian *ad litem*, Brenda Yvette Ceja, ADRIAN RIOS JR., and M.P.R., a minor, by and through her guardian *ad litem*, Brenda Yvette Ceja,

*Plaintiffs-Appellees*,

vs.

CITY OF AZUSA, BENJAMIN CYPHER, V. GARCIA, RICHARD MARTINEZ, STEVEN D. SEARS, MICHAEL DE ANDA, MICHAEL WISE, and ZACHARY CHADWICK ,

*Defendants-Appellants*,

– and –

COUNTY OF LOS ANGELES and JACOB DAO,

*Defendants*.

———————————————————

On Appeal from the United States District Court
For the Central District of California
The Honorable Wesley L. Hsu
District Court Case No. 2:22-cv-03968 WLH (RAOx)

———————————————————

### CITY DEFENDANTS' MOTION FOR
### EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

———————————————————

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Yury A. Kolesnikov (271173)
225 Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Mildred K. O'Linn (159055)
801 S. Figueroa Street, 15th Floor
Los Angeles, Ca 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants-Appellants City of Azusa, Benjamin Cypher, V. Garcia, Richard Martinez, Steven D. Sears, Michael De Anda, Michael Wise, and Zachary Chadwick*

Dated: April 2, 2025

Pursuant to Ninth Circuit Rule 31-2.2(b), Defendants-Appellants City of Azusa, Benjamin Cypher, V. Garcia, Richard Martinez, Steven D. Sears, Michael De Anda, Michael Wise, and Zachary Chadwick ("City Defendants") respectfully move for a 45-day extension of the April 21, 2025 deadline to file Appellants' opening brief. Plaintiffs-Appellees have indicated that they oppose the requested extension.

On January 23, 2025, this Court discharged the order to show cause regarding jurisdiction over the City of Azusa's interlocutory appeal and reset the briefing schedule in this appeal. The Court also dismissed Plaintiffs' cross-appeals for lack of jurisdiction. Thereafter, the City Defendants requested and were granted a streamlined extension to file their opening brief. The City Defendants' opening brief is currently due on April 21, 2025. The City Defendants respectfully request that the deadline be further extended by 45 days, up to and including June 5, 2025.

The requested extension is necessary due to the complexity of the legal issues raised as well as counsel's other professional commitments that have prevented the timely filing of the opening brief. *See* Declaration of Yury A.

1

Kolesnikov ¶¶ 9–10.  The City Defendants and their counsel have exercised diligence in preparing the opening brief but, without an extension, would be unable to file the brief by the current deadline.  *Id.* ¶ 12.  The parties have met and conferred and counsel for Plaintiffs-Appellees has indicated that Plaintiffs oppose the requested extension.  *Id.* ¶ 13.

For all of the foregoing reasons, the City Defendants respectfully request that the Court grant their motion and extend the deadline for the City Defendants to file their opening brief to June 5, 2025.

DATED:  April 2, 2025

Respectfully submitted,

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Yury A. Kolesnikov (271173)

_/s/ Yury A. Kolesnikov_
Yury A. Kolesnikov

225 Broadway, Suite 2000
San Diego, California  92101
Telephone:   (619) 515-0269
Facsimile:    (619) 515-0268

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Mildred K. O'Linn (159055)
801 S. Figueroa Street, 15th Floor

Los Angeles, California  90017
Telephone:   (213) 624-6900
Facsimile:   (213) 624-699

*Counsel for Defendants-Appellants City of Azusa, Benjamin Cypher, V. Garcia, Richard Martinez, Steven D. Sears, Michael De Anda, Michael Wise, and Zachary Chadwick*

## DECLARATION OF YURY A. KOLESNIKOV

I, Yury A. Kolesnikov, declare as follows:

1.      I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants-Appellants City of Azusa, Benjamin Cypher, V. Garcia, Richard Martinez, Steven D. Sears, Michael De Anda, Michael Wise, and Zachary Chadwick ("City Defendants") in this appeal.

2.      I submit this declaration in support of the City Defendants' Motion for Extension of Time to File Appellants' Opening Brief.  I have personal knowledge of the facts set forth in this declaration.  I could and would competently testify to these facts, if called upon to do so.

3.      On January 23, 2025, this Court discharged the order to show cause regarding jurisdiction over the City of Azusa's interlocutory appeal and reset the briefing schedule in this appeal.  The Court also dismissed Plaintiffs' cross-appeals for lack of jurisdiction.

4.      Pursuant to the January 23, 2025 order, the City Defendants' opening brief was initially due on March 21, 2025.

/ / /

4

5.      The City Defendants requested and were granted a streamlined 30-day extension to file their opening brief.  The City Defendants' opening brief is currently due on April 21, 2025.

6.      This is the City Defendants' second request for an extension of time, following the initial streamlined extension.

7.      By the present motion, the City Defendants are requesting a further 45-day extension of time within which to file their opening brief.

8.      If granted, the requested extension would make June 5, 2025 the new deadline to file the City Defendants' opening brief.

9.      I am the attorney primarily responsible for drafting the City Defendants' opening brief.  The requested extension is necessary due to the complexity of the legal issues raised as well as other professional commitments that have prevented the timely filing of the opening brief.

10.      Specifically, following the resetting of the briefing schedule on January 23, 2025, I've had and will have the following commitments, among others, that have prevented and will continue to prevent the timely filing of the opening brief in this appeal:

5

a. Motion to dismiss in *Estate of Glenn McCrary v. Victorville Police Department*, No. 23-cv-2602 (C.D. Cal.), filed on February 3, 2025;

b. Appellate letter brief in *Hunter v. Premier Business Properties Inc.*, No. G065011 (Cal. Ct. of App.), filed on February 5, 2025;

c. Motion to dismiss in *Uzun v. City of Santa Monica*, No. 24-cv-6601 (C.D. Cal.), filed on February 6, 2025;

d. Motion to stay in *Maldonado v. City of Fresno*, No. 24-cv-102 (E.D. Cal.), filed on February 12, 2025;

e. Motion for summary judgment in *Calzada v. Costco Wholesale Corporation*, No. 21-cv-9331 (C.D. Cal.), filed on February 13, 2025;

f. Reply brief in support of motion to quash in *TwinMed, LLC v. Alpine Technical Services, LLC*, No. 24NWCV01037 (Cal. Super. Ct., Cnty. of Los Angeles), filed on February 20, 2025;

g. Reply brief in support of motion to dismiss in *Estate of Glenn McCrary v. Victorville Police Department*, No. 23-cv-2602 (C.D. Cal.), filed on February 21, 2025;

///

6

h.     Hearing on motion to quash in *TwinMed, LLC v. Alpine Technical Services, LLC*, No. 24NWCV01037 (Cal. Super. Ct., Cnty. of Los Angeles), held on February 27, 2025;

i.     Motion for summary judgment in *Pena v. County of Riverside*, No. 21-cv-386 (C.D. Cal.), filed on February 28, 2025;

j.     Reply in support of motion to stay in *Maldonado v. City of Fresno*, No. 24-cv-102 (E.D. Cal.), filed on March 7, 2025;

k.     Opposition to motion to transfer venue in *Uzun v. City of Santa Monica*, No. 24-cv-6601 (C.D. Cal.), filed on March 18, 2025;

l.     Motion for judgment on the pleadings in *Z.R.J. v. County of San Bernardino*, No. 24-cv-171 (C.D. Cal.), filed on March 20, 2025;

m.     Reply brief in support of motion for summary judgment in *Pena v. County of Riverside*, No. 21-cv-386 (C.D. Cal.), filed on March 21, 2025;

n.     Appellant's response to motion to dismiss the appeal in *Estate of Brandon Tranberg Hoadley v. City of Gardena*, No. 24-6832 (9th Cir.), filed on March 24, 2025;

/ / /

7

o.     Reply in support of motion to dismiss in *Uzun v. City of Santa Monica*, No. 24-cv-6601 (C.D. Cal.), filed on March 26, 2025;

p.     Hearing on motion to stay in *Maldonado v. City of Fresno*, No. 24-cv-102 (E.D. Cal.), set for April 9, 2025;

q.     Appellants' opening brief in *Estate of Brandon Tranberg Hoadley v. City of Gardena*, No. 24-6832 (9th Cir.), due on April 14, 2025;

r.     Hearing on motion for summary judgment in *Pena v. County of Riverside*, No. 21-cv-386 (C.D. Cal.), set for April 18, 2025;

s.     Reply in support of motion for judgment on the pleadings in *Z.R.J. v. County of San Bernardino*, No. 24-cv-171 (C.D. Cal.), due on April 21, 2025;

t.     Appellees' answering brief in *Tippsy, Inc. v. Tipsy, LLC*, No. 24-7587 (9th Cir.), due on April 28, 2025;

u.     Hearing on motion for judgment on the pleadings in *Z.R.J. v. County of San Bernardino*, No. 24-cv-171 (C.D. Cal.), set for May 5, 2025;

v.     Respondents' brief in *Rubin v. Douglas Elliman of California, Inc.*, No. B341122 (Cal. Ct. App.), due on May 7, 2025;

8

w. Responsive pleading in *Miller v. Bianco*, No. 25-cv-629 (C.D. Cal.), due on May 8, 2025;

x. Respondents' brief in *Uzun v. City of Santa Monica.*, No. B339573 (Cal. Ct. App.), due on May 26, 2025;

y. Motion for summary judgment in *E.V. v. City of Covina*, No. 23-cv-1562 (C.D. Cal.), due on June 3, 2025; and

z. Motion for summary judgment in *Estate of Aaron Smith v. Hemet Police Department*, No. 23-cv-1767 (C.D. Cal.), due on June 13, 2025.

11. In addition, I will be out of the office on a pre-paid family vacation from May 6, 2025, through May 13, 2025.

12. The City Defendants and their counsel have exercised diligence in preparing the opening brief but, without the requested extension, would be unable to file the opening brief by April 21, 2025.

13. I have met and conferred with counsel for Plaintiffs-Appellees regarding the City Defendants' requested extension. Plaintiffs' counsel has indicated that Plaintiffs intend to oppose the requested extension.

/ / /

14.    The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2025, in San Diego, California.

                                               *s/ Yury A. Kolesnikov*
                                               Yury A. Kolesnikov

## CERTIFICATE OF SERVICE

I certify that, on April 2, 2025, I caused the foregoing City Defendants' Motion for Extension of Time to File Appellants' Opening Brief to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the appellate ACMS system. Participants in the case who are registered ACMS users will be served by the appellate ACMS system.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April 2025, at San Diego, California.

*s/ Yury A. Kolesnikov*
Yury A. Kolesnikov
